Ashby Lee **BIEDLER**

v.

Henry A. **HURST**
and
Henry A. Hurst, Jr.

Civ. A. No. 20185.

United States District Court
E. D. Pennsylvania.

Sept. 3, 1958.

———◆———

Enright & Elliott, Los Angeles, Cal., for plaintiff.

Lawler, Felix & Hall, Los Angeles, Cal., for Mae Sheldon and Security-First Nat. Bank.

Hill, Farrer & Burrill, Los Angeles, Cal., for Flamingo Trailers.

334

Tom P. Monteverde, Philadelphia, Pa. (Schnader, Harrison, Segal & Lewis), Philadelphia, Pa., for plaintiff.

Francis W. Sullivan and Edwin Barnet, Philadelphia, Pa., for defendants.

**IDLE WILD FARM, Incorporated, Plaintiff,**

**v.**

**W. R. GRACE & CO., Inc., Defendant.**

United States District Court
S. D. New York.

May 20, 1958.

LEAHY, District Judge.

1. Plaintiff has a new theory for recovery. He wants to amend his complaint. Rule 15 of The Federal Rules of Civil Procedure, 28 U.S.C.A., says he should. Also Moore[1] agrees. F.R. 15 (c) abolishes any defense of intervening statute of limitations between amendments to pleadings.[2] Moreover, it is valid for a litigant to change his theory of recovery.[3] Delay in amendment hardly works prejudice.[3a]

2. The proposed amendments do not involve validity of the asserted claim. Here the proposed amendment shows, it is said, an agreement involving an usurious demand. Courts have rejected such arguments.[4]

3. If plaintiff wants to amend he should be allowed to.

An appropriate order should be submitted.

1. 3 Moore's Fed.Practice, p. 828.

2. See Copeland Motor Co. v. General Motors Corp., 5 Cir., 199 F.2d 566; Green v. Walsh, D.C., 21 F.R.D. 15; Batkiewicz v. Seas Shipping Company, D.C.S.D.N.Y., 53 F.Supp. 802.

3. Busam Motor Sales v. Ford Motor Co., 6 Cir., 203 F.2d 469; Snyder v. Dravo Corp., D.C., 6 F.R.D. 546.

3a. Copeland Motor Co. v. General Motors Corp., supra; Heay v. Phillips, 9 Cir., 201 F.2d 220; Hirshhorn v. Mine Safety Appliances Co., D.C.W.D.Pa., 101 F. Supp. 549. See, also, Stepp v. United States, 4 Cir., 207 F.2d 909; Armstrong Cork Co. v. Patterson-Sargent Co., D.C., 10 F.R.D. 534.

4. Emich Motors Corp. v. General Motors Corp., D.C., 15 F.R.D. 354, affirmed 7 Cir., 229 F.2d 714, 59 A.L.R.2d 159; Cravatts v. Klozo Fastener Corp., D.C., 15 F.R.D. 12; Naamloze Vennootschap Suikerfabriek "Wono-Aseh" v. Chase National Bank, D.C., 12 F.R.D. 261. Look at Snyder v. Dravo Corp., D.C., 6 F.R.D. 546.